UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LEEROY COOPER,

        Petitioner,

v.                                CASE NO. 04-CV-74790-DT
                                HONORABLE JOHN CORBETT O'MEARA

TIMOTHY LUOMA,

        Respondent.
_____/

## JUDGMENT

This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge John Corbett O'Meara presiding, and pursuant to the Opinion and Order entered on November 29, 2006,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is conditionally GRANTED due to the ineffective assistance of Petitioner's appellate counsel on direct review. The State shall reinstate Petitioner's appeal of right within sixty days and, if necessary, appoint counsel to assist him.

Dated at Ann Arbor, Michigan on November 29, 2006.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                           By: s/William Barkholz
                                              Deputy Clerk

APPROVED:

S/JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE